1  Anna Y. Park, CA SBN 164242
   Sue J. Noh, CA SBN 192134
2  Nakkisa Akhavan, CA SBN 286260
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 East Temple Street, Fourth Floor
4  Los Angeles, CA  90012
   Telephone:  (213) 894-1068
5  Facsimile:  (213) 894-1301
   Email: nakkisa.akhavan@eeoc.gov
6
   Attorneys for Petitioner
7  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
8

9

10                **UNITED STATES DISTRICT COURT**

11               **CENTRAL DISTRICT OF CALIFORNIA**

12

13

14  U.S. EQUAL EMPLOYMENT              ) Case No.:  CV 2:15-mc-00228-R-MRW
    OPPORTUNITY COMMISSION,            )
15                                     )
                                       ) **ORDER TO SHOW CAUSE WHY**
16            Petitioner,              ) **SUBPOENA SHOULD NOT BE**
                                       ) **ENFORCED**
17     v.                              )
                                       )
18  GAMEWORKS ENTERTAINMENT,           )
    LLC,                               )
19                                     )
                                       )
20                                     )
            Respondent.                )
21  _____)

22

23

24

25

26

27

28

Petitioner, the United States Equal Employment Opportunity Commission (the "EEOC" or "Commission"), has filed an Application for an Order to Show Cause as to why its Subpoena *duces tecum* (Subpoenas No. LA-15-13) served on Respondent Gameworks Entertainment, LLC ("Respondent") should not be enforced.   In its Application and supporting documents, the EEOC states that on April 27, 2015, during its investigation of Darlene Keys's Charge of Discrimination alleging sexual harassment, hostile work environment, age discrimination, and retaliation by Darlene Keys pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e *et. seq.* and the Age Discrimination in Employment Act ("ADEA"), 42 U.S.C. § 621 *et. seq.*, the EEOC served Subpoena No. LA-15-13 on Respondent. Respondent received the Subpoena on April 30, 2015. The EEOC further states that Respondent failed to comply with the Subpoena or adhere to the administrative process set forth in the federal regulations for revoking or modifying the Subpoena.

Accordingly, due to the service of the subpoena and Respondent's failure to comply with the subpoena, it is HEREBY ORDERED:

1. That Respondent appear on 21st day of September, 2015, at 10:00 a.m. in Courtroom 8, located at 312 N. Spring St., Los Angeles, CA 90012 before the Honorable U.S. District Judge Manuel L. Real, and show cause why Respondent should not be compelled to comply with the Subpoena No. LA-15-13 issued by the EEOC.

2. That Petitioner serve Respondent with a copy of this Order to Show Cause with the Application, Memorandum of Points and Authorities, and the supporting documents on which this Order is based on or before 2nd day of September, 2015.

Order to Show Cause
*EEOC v. Gameworks Entertainment, LLC*

3.  That Respondent must file and serve its answer or response to the
    EEOC's Application for an Order to Show Cause no later than 11<u>th</u>
    <u>day of September, 2015.</u>

Dated:  August 21, 2015          _____

                                         United States District Judge

Order to Show Cause
*EEOC v. Gameworks Entertainment, LLC*